# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

───────────────────────

Case No. 6D23-1377
Lower Tribunal No. 2021-CF-012090-A-O

───────────────────────

TAMMY SPEAKMAN

Appellant,

v.

STATE OF FLORIDA,

Appellee.

───────────────────────

Appeal from the Circuit Court for Orange County.
Wayne C. Wooten, Judge.

February 6, 2024

PER CURIAM.

AFFIRMED.

WOZNIAK, MIZE and BROWNLEE, JJ., concur.

Matthew J. Metz, Public Defender, and Ali L. Hansen, Assistant Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, and Daniel Caldwell, Assistant Attorney General, Daytona Beach, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED